UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SCOTT A. HOLMAN,　　　　　　　　　　　　　Case No. 20-CV-0224 (PJS/LIB)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

COUNTY OF CARLTON, MINNESOTA, a
municipal corporation; LAURI A. KETOLA,
individually and in her official capacity as
County Attorney of Carlton County; CITY
OF CLOQUET, MINNESOTA, a municipal
corporation; and KERRY E. KOLODGE,
individually and in his official capacity as
Cloquet City Council Member,

　　　　Defendants.

---

　　　　Michael B. Padden, PADDEN LAW FIRM, PLLC, and Paul Applebaum,
　　　　APPLEBAUM LAW FIRM, for plaintiff.

　　　　Vicki A. Hruby and Joseph E. Flynn, JARDINE LOGAN & O'BRIEN
　　　　PLLP, for defendants County of Carlton and Lauri A. Ketola.

　　　　Jessica E. Schwie, KENNEDY & GRAVEN, CHARTERED, for defendants Lauri
　　　　A. Ketola, City of Cloquet, and Kerry E. Kolodge.

　　　This matter is before the Court on a motion to dismiss brought by defendants Carlton County and Lauri Ketola. *See* ECF No. 14. The Court held a hearing on the motion on June 12, 2020. For the reasons stated on the record at the hearing, the Court finds that the doctrine of absolute immunity bars all claims against Carlton County and all claims against Ketola that are based on decisions that she made or actions that she

took after she became Carlton County Attorney in January 2019. The defendants' motion is granted, and those claims are dismissed with prejudice.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT defendants' motion to dismiss [ECF No. 14] is GRANTED as follows:

1. All claims against Carlton County are DISMISSED WITH PREJUDICE. Carlton County is dismissed as a party to this lawsuit.

2. All claims against Lauri Ketola that are based on decisions that she made or actions that she took after she became Carlton County Attorney in January 2019 are DISMISSED WITH PREJUDICE.

Dated: June 12, 2020       s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge