# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Scott A. Holman, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   20-cv-224 (PJS)LIB |
| | ) | Date:   November 16, 2021 |
| Lauri A. Ketola, | ) | Court Reporter:   N/A |
| City of Cloquet, Minnesota, | ) | Courthouse:   St. Paul |
| Kerry E. Kolodge, | ) | Courtroom:   Chambers |
| | ) | Time Commenced:   1:30 p.m. |
| Defendants. | ) | Time Concluded:   1:45 p.m. |
| | ) | Time in Court:   15 minutes |

Hearing on: **Telephone Status Conference**

APPEARANCES:

    Plaintiff:    Michael Padden, Paul Applebaum
    Defendants:    Michelle Christy

PROCEEDINGS:

☒ Status conference regarding the parties' letters [Docket Nos. 39, 41]. The depositions of Hallback and Langley are to proceed consistent with instructions provided by the Court.

 

s/ JLB
Courtroom Deputy