UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Scott A. Holman, | Case No.: 20-CV-00224 (PJS/LIB) |
| Plaintiff, | |
| v. | |
| Lauri A. Ketola, individually and in her official capacity as County Attorney for Carlton County; County of Carlton, Minnesota, a municipal corporation; Kerry E. Kolodge, individually and in his official capacity as Cloquet City Council Member; and City of Cloquet, Minnesota, a municipal corporation, | **Stipulation and Mutual Waiver** |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants Kerry E. Kolodge, City of Cloquet and Lauri A. Ketola in her CAB Capacity ("Defendants"), through their respective counsel, that:

1. Defendants agree to waive costs and disbursements in exchange for Plaintiff's waiver of further appeal.

2. This stipulation of mutual waiver is not intended to affect Plaintiff's continuing cause of actions under state law.

Dated: September 5, 2022         PADDEN LAW FIRM

By: /Michael B. Padden
Michael B. Padden (A.R. #177519)
8673 Eagle Point Blvd.
Lake Elmo, MN 55042
Telephone:  (651) 789-6545
Facsimile:  (651) 433-7123
E-Mail:     Mike.padden@paddenlaw.com

Paul Applebaum
First National Bank Building Management
332 Minnesota Street
St. Paul, MN 55101
Telephone:  (651) 222-2999
E-Mail:     paul@applebaumlawfirm.com

**Attorneys for Plaintiff**

Dated: September 5, 2022         **Kennedy & Graven, Chartered**
By: *Jessica E. Schwie*
Jessica E. Schwie (A.R. #0296880)
Michelle A. Christy (A.R. #0402038
700 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN  55402
Telephone:  (612) 337-9222
Facsimile:  (612) 337-9310
E-Mail:     jschwie@kennedy-graven.com
            mchristy@kennedy-graven.com

**Attorneys for Defendants Kerry E. Kolodge, City of Cloquet, and Lauri Ketola in her capacity as an appointed volunteer to the CAB**